IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **Jason Tompkins,** | : **Case No. 5-18-02383-JJT** |
| | : |
| Debtor | : **Chapter 13** |
| | : |

## Entry of Appearance
## and Request for All Notices, Documents and Papers

**To The Clerk of the United States Bankruptcy Court:**

PLEASE NOTE that, pursuant to Bankruptcy Rule 9010(b), the law firm of Doran & Doran, P.C. appears for **Hemlock Farms Community Association** creditor and/or party in interest within the intent of the United States Bankruptcy Code and requests, pursuant to Bankruptcy Rule 2002(g), that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person's address set forth below be added to the official address matrix maintained in this proceeding by the Clerk of the Court:

John H. Doran, Esquire
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes Barre PA. 18701
570-823-9111
jdoran@dorananddoran.com
eeustice@dorananddoran.com

It is further requested that in furtherance of their rights to be heard, as provided in Section 1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007 and 9022, the above-designated person be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests,

- 1 -

Case 5:18-bk-02383-JJT    Doc 12    Filed 06/14/18    Entered 06/14/18 17:04:12    Desc
Main Document    Page 1 of 3

complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of **Hemlock Farms Community Association.**

         Doran & Doran, P.C.

Dated: June 14, 2018      By: /s/ *John H. Doran*
         John H. Doran, Esquire, I.D. 01744
         69 Public Square, Suite 700
         Wilkes-Barre, Pennsylvania 18701-2588
         570-823-9111
         Attorneys for Hemlock Farms Community Association

- 2 -

Case 5:18-bk-02383-JJT Doc 12 Filed 06/14/18 Entered 06/14/18 17:04:12 Desc
Main Document Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
**Jason Tompkins,** : **Case No. 5-18-02383-JJT**
:
Debtor : **Chapter 13**
:

## Certification of Service

The undersigned, John H. Doran, Esquire, hereby certifies that a true and correct copy of the **Entry of Appearance and Request for All Notices, Documents and Papers** was served electronically through ECF on the following, addressed as follows:

Office of U S Trustee
Ustpregion03.ha.ecf@usdoj.gov

Mark E. Moulton, Esquire
markmoulton@moultonslaw.com
staff@moultonslaw.com

Charles J. DeHart, III, Trustee
dehartstaff@pamd13trustee.com
TWecf@pamd13trustee.com

Date: June 14, 2018 /s/ *John H. Doran*

John H. Doran, Esquire

- 3 -