```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 18-02383-JJT
Jason Tompkins                                                  Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5     User: DDunbar           Page 1 of 2        Date Rcvd: Jul 12, 2018
                         Form ID: ntcnfhrg       Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
```
db            +Jason Tompkins,   3765 Hemlock Farms,   Hawley, PA 18428-9150
5069661       +American Web Loan,   2128 N. 14th St. Suite 1 #130,   Ponca City, OK 74601-1831
5069664      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi Cards,    P.O. Box 183113,    Columbus, Ohio 43218)
5069663       +Central Cred Servs LLC,   9550 Regency Sq Blvd STE 500,   Jacksionviulle, FL 32225-8169
5069665       +Commercial Acceptance Comp,   2300 Gettysburg Rd STE 102,   Camp Hill, PA 17011-7303
5069666       +Commonwealth Health EMS,   PO Boix 726,   New Cumberland, PA 17070-0726
5069668       +Danny Santilo,   3765 Hemlock Farms,   Hawley, pa 18428-9150
5069669       +Department of Veterns Affairs,   444 W Fort St.,   Boise, ID 83702-4535
5069670       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, South Dakota 57104-4868
5073820        Hemlock Farms Community Association,   c/o John H. Doran, Esquire,
               69 Public Square, Suite 700,   Wilkes-Barre, PA 18701
5069671       +Hemlock Farms POA,   1007 Hemlock Farms,   Lords Valley, Pennsylvania 18428-9059
5069672       +Hyatt Hyatt & Landau,   123 S Broad Street,   STE 1660,   Philadelphia, PA 19109-1003
5069674       +Medical Diagnostic Labs LLC,   2439 Kuser Rd,   Hamilton, NJ 08690-3303
5069675       +Moses Taylor Hospital,   700 Quincy Ave,   Scranton, Pennsylvania 18510-1798
5069676       +Northland Group,   PO Box 390846,   Minneapolis, Minnesota 55439-0846
5069678       +PPL,   827 Hausman Road,   Allentown, Pennsylvania 18104-9392
5069679       +Professional Account Servs,   PO Box 188,   Brentwood, TN 37024-0188
5069680       +Quicken Home Loans,   1050 Woodward Avenue,   Detroit, Michigan 48226-1906
5069681       +Toyota Financial Services,   Bankruptcy Department PO Box 5855,
               5505 N. Cumberland Ave., Suite 307,   Chicago, Illinois 60656-4761
5082406       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5069682       +Wayne Enterprises,   PO Box 443,   Honesdale, Pennsylvania 18431-0443
5069683       +Wayne Memorial Hospital,   601 Park Street,   Honesdale, Pennsylvania 18431-1498
5069684       +Wells Fargo Credit Cards,   P.O. Box 14517,   Des Moines, Iowa 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5069662        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 19:28:54     Capital One,
               P.O. Box 85520,   Richmond, Virginia 23285
5079336        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 19:29:38     Capital One, N.A.,
               PO Box 71083,   Charlotte, NC  28272-1083
5069667       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 12 2018 19:17:36
               Credit Collection Services,   725 Canton Street,   Norwood, Massachusetts 02062-2679
5069673       +E-mail/Text: cio.bncmail@irs.gov Jul 12 2018 19:16:55      IRS Insolvency,
               Centralized Insolvency Op,   PO BOX 7346,   Philadelphia, Pennsylvania 19101-7346
5074959        E-mail/PDF: cbp@onemainfinancial.com Jul 12 2018 19:29:34     ONEMAIN,   P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
5069677       +E-mail/PDF: cbp@onemainfinancial.com Jul 12 2018 19:28:52     OneMain FI,   6801 Colwell Blvd,
               Irving, Texas 75039-3198
                                                                                              TOTAL: 6
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Hemlock Farms Community Association,   c/o John H. Doran, Esquire,
               69 Public Square, Suite 700,   Wilkes-Barre, PA  18701
5073824*       Hemlock Farms Community Association,   c/o John H. Doran, Esquire,
               69 Public Square, Suite 700,   Wilkes-Barre, PA  18701
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)  dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
    John H. Doran   on behalf of Creditor    Hemlock Farms Community Association
     jdoran@dorananddoran.com, mdoran@dorananddoran.com
    Mark E. Moulton   on behalf of Debtor 1 Jason  Tompkins markmoulton@moultonslaw.com,
     staff@moultonslaw.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jason Tompkins, aka Jason Lee Tompkins, | Chapter 13 |
| **Debtor 1** | Case No. 5:18–bk–02383–JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 11, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: September 18, 2018 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 12, 2018 |

ntcnfhrg (03/18)