**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason Tompkins aka Jason Lee Tompkins<br>　　　　　　Debtor | |
| | CHAPTER 13 |
| Quicken Loans Inc.<br>　　　　　　Movant | |
| 　　vs. | |
| Jason Tompkins aka Jason Lee Tompkins<br>　　　　　　Debtor | NO. 18-02383 JJT |
| Charles J. DeHart, III Esq.<br>　　　　　　Trustee | |
| | 11 U.S.C. Section 362 |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Automatic Stay of Quicken Loans Inc., which was filed with the Court on or about September 17, 2018 (Document No. 22). Both the Attorney for Movant and the Attorney for Debtor concur with the Praecipe to Withdraw.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Main Line: 215-627-1322

November 12, 2018