# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Jason Tompkins<br>aka Jason Lee Tompkins | : |
| | : |
| | : |
| | : |
| | : |
| **Debtor(s)** | : |
| Toyota Motor Credit Corporation | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| **Plaintiff(s)/Movant(s)** | : |
| **vs.** | : |
| Jason Tompkins | : |
| | : |
| aka Jason Lee Tompkins | : |
| | : |
| | : |
| | : |
| **Defendant(s)/Respondent(s)** | : |

CHAPTER _____ 13

CASE NO. 5 - 18 -bk- 2383 _____

ADVERSARY NO. __-__-ap-_____
 (if applicable)

Nature of Proceeding: Motion for _____

Relief

Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing.  All requests must be approved by the Court.  Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties).  This is a first request for a continuance.[2]

Reason for the continuance.

The parties are actively engaged in a stiplulation to resolve the underlying issue

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/11/2019

Mark E. Moulton, Esquire

Attorney for Jason Tompkins

Name: _____

Phone Number: 570-775-9525

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.