```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02383-RNO
Jason Tompkins                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: CGambini      Page 1 of 1      Date Rcvd: May 14, 2019
                            Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.
            Douglas B Myers,   506 Jennings Creek Rd,   Killawog, NY 13794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James   Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        James   Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        John H. Doran   on behalf of Creditor   Hemlock Farms Community Association
         jdoran@dorananddoran.com,  mdoran@dorananddoran.com
        Mark E. Moulton   on behalf of Debtor 1 Jason   Tompkins markmoulton@moultonslaw.com,
         staff@moultonslaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                     TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason Tompkins aka Jason Lee Tompkins <br>     <u>Debtor</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation <br>     <u>Movant</u> <br> vs. | NO. 18-02383 RNO |
| Jason Tompkins aka Jason Lee Tompkins <br> Douglas B. Myers <br>     <u>Respondents</u> | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III <br>     <u>Trustee</u> | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: May 14, 2019

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)