**TRIN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:   JASON TOMPKINS ,          :          Chapter 13

         Debtor  ,                   :          Case No. 5:18-bk-02383

CERTIFICATE OF SERVICE: NOTICE OF &Amended Motion To Sell Real Property Of The Estate Subject To 11 USCS 363(B) 131 Willow Drive - Hemlock Farms, Blooming Grove, Tax Map# 107.04-02-65, Pike County, Pennsylvania

     I certify that I am more than 18 years of age and that on March 22, 2021, I caused to be served a true and correct copy of the Amended Motion To Sell Real Property Of The Estate Subject To 11 USCS 363(B) 131 Willow Drive - Hemlock Farms, Blooming Grove, Tax Map# 107.04-02-65, Pike County, Pennsylvania and related Notice on the following matrix of parties by prepaid US Post.

                                    */s/* Mark E. Moulton

                                      Mark E. Moulton

                                      Attorney for Debtor

                                      Moulton & Moulton, PC

                                      693 Route 739

                                      Hawley, PA 18428

                                      (570) 775-9525; fax (570)775-0676

Label Matrix for local noticing

Case 5:18-bk-02383-HWV
Middle District of Pennsylvania
Wilkes-Barre

American Web Loan
2128 N. 14th St. Suite 1 #130
Ponca City, OK 74601-1831

Central Cred Servs LLC
9550 Regency Sq Blvd STE 500
Jacksionviulle, FL 32225-8169

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Commercial Acceptance Comp
2300 Gettysburg Rd STE 102
Camp Hill, PA 17011-7303

Commonwealth Health EMS
PO Boix 726
New Cumberland, PA 17070-0726

Credit Collection Services
725 Canton Street
Norwood, Massachusetts 02062-2679

Danny Santilo
3765 Hemlock Farms
Hawley, pa 18428-9150

Department of Veterns Affairs
444 W Fort St.
Boise, ID 83702-4535

First Premier Bank
601 S Minnesota Ave
Sioux Falls, South Dakota 57104-4868

Hyatt Hyatt & Landau
123 S Broad Street
STE 1660
Philadelphia, PA 19109-1003

Medical Diagnostic Labs LLC
2439* Kuser Rd
Hamilton, NJ 08690-3303

Moses Taylor Hospital
700 Quincy Ave
Scranton, Pennsylvania 18510-1798

Northland Group
PO Box 390846
Minneapolis, Minnesota 55439-0846

PPL
827 Hausman Road
Allentown, Pennsylvania 18104-9392

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Professional Account Servs
PO Box 188
Brentwood, TN 37024-0188

Wells Fargo Credit Cards
P.O. Box 14517
Des Moines, Iowa 50306-3517

Wayne Memorial Hospital
601 Park Street
Honesdale, Pennsylvania 18431-1498