# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Tompkins aka Jason Lee Tompkins<br>　　　　　　　　Debtor(s)<br><br>Quicken Loans, LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Jason Tompkins aka Jason Lee Tompkins<br>　　　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-02383 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Limited Objection to Amended Motion for Sale of Quicken Loans, LLC, which was filed with the Court on or about **March 31, 2021 (Doc. No. 80)** due to the filing of the amended Proposed Order on April 7, 2021.

                                          Respectfully submitted,

                                          /s/ Rebecca A. Solarz, Esq.
                                          _____
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          Phone: (215)-627-1322

Dated: April 7, 2021