# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason Tompkins aka Jason Lee Tompkins
                Debtor(s)

CHAPTER 13

NO. 18-02383 HWV

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Amended Motion for Sale under Section 363(b) (131 Willow Drive - Hemlock Farms, Blooming Grove, Tax Map# 107.04-02-65, Pike County, Pennsylvania). Which was filed by Mark E. Moulton of Moulton and Moulton PC with the Court on **April 7, 2021 (Doc. No. 81)** due to the filing being in error—the incorrect pdf was attached to the filing.

                                      Respectfully submitted,

                                      /s/ Mark E. Moulton, Esq.

                                      Mark E. Moulton, Esquire
                                      Moulton & Moulton, P.C.
                                      693 Route 739
                                      Hawley, PA  18428
                                      Phone: (570)-775-9525

Dated: April 8, 2021