UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: : Case No. 18- 2383
JASON TOMPKINS :
:
: Chapter 13

## PRAECIPE TO WITHDRAW MOTION TO CONVERT CASE

TO THE HONOURABLE CLERK:

Kindly withdraw my Motion to convert the case to one under Chapter 7, which was filed on September 17th, 2021 in error.

RESPECTFULLY SUBMITTED

*Mark E. Moulton*
Mark E. Moulton, Esquire