Certificate Number: 00437-PAM-DE-036253791

Bankruptcy Case Number: 18-02383


00437-PAM-DE-036253791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 10, 2022</u>, at <u>3:10</u> o'clock <u>PM MST</u>, <u>Jason Tompkins</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 10, 2022</u>     By:  <u>/s/Kimberly Jackson</u>

             Name:  <u>Kimberly Jackson</u>

             Title:  <u>Accredited Financial Counselor</u>