United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 18-02383-MJC
Jason Tompkins                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                           Page 1 of 3
Date Rcvd: Jan 11, 2022                        Form ID: 3180W                         Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason Tompkins, 3765 Hemlock Farms, Hawley, PA 18428-9150 |
| 5069661 | + | American Web Loan, 2128 N. 14th St. Suite 1 #130, Ponca City, OK 74601-1831 |
| 5069663 | + | Central Cred Servs LLC, 9550 Regency Sq Blvd STE 500, Jacksionviulle, FL 32225-8169 |
| 5069665 | + | Commercial Acceptance Comp, 2300 Gettysburg Rd STE 102, Camp Hill, PA 17011-7303 |
| 5069666 | + | Commonwealth Health EMS, PO Boix 726, New Cumberland, PA 17070-0726 |
| 5069668 | + | Danny Santilo, 3765 Hemlock Farms, Hawley, pa 18428-9150 |
| 5069669 | + | Department of Veterns Affairs, 444 W Fort St., Boise, ID 83702-4535 |
| 5073820 | | Hemlock Farms Community Association, c/o John H. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| 5069671 | + | Hemlock Farms POA, 1007 Hemlock Farms, Lords Valley, Pennsylvania 18428-9059 |
| 5069672 | + | Hyatt Hyatt & Landau, 123 S Broad Street, STE 1660, Philadelphia, PA 19109-1003 |
| 5069674 | + | Medical Diagnostic Labs LLC, 2439 Kuser Rd, Hamilton, NJ 08690-3303 |
| 5069675 | + | Moses Taylor Hospital, 700 Quincy Ave, Scranton, Pennsylvania 18510-1798 |
| 5069676 | + | Northland Group, PO Box 390846, Minneapolis, Minnesota 55439-0846 |
| 5069678 | + | PPL, 827 Hausman Road, Allentown, Pennsylvania 18104-9392 |
| 5069680 | + | Quicken Home Loans, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |
| 5069681 | + | Toyota Financial Services, Bankruptcy Department PO Box 5855, 5505 N. Cumberland Ave., Suite 307, Chicago, Illinois 60656-4761 |
| 5082406 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5069682 | + | Wayne Enterprises, PO Box 443, Honesdale, Pennsylvania 18431-0443 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5069662 | | EDI: CAPITALONE.COM | Jan 11 2022 23:48:00 | Capital One, P.O. Box 85520, Richmond, Virginia 23285 |
| 5069664 | | EDI: CITICORP.COM | Jan 11 2022 23:48:00 | Citi Cards, P.O. Box 183113, Columbus, Ohio 43218 |
| 5079336 | | EDI: CAPITALONE.COM | Jan 11 2022 23:48:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5069667 | + | EDI: CCS.COM | Jan 11 2022 23:48:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 5069670 | + | EDI: AMINFOFP.COM | Jan 11 2022 23:48:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, South Dakota 57104-4868 |
| 5069673 | + | EDI: IRS.COM | Jan 11 2022 23:48:00 | IRS Insolvency, Centralized Insolvency Op, PO BOX 7346, Philadelphia, Pennsylvania 19101-7346 |
| 5074959 | | EDI: AGFINANCE.COM | Jan 11 2022 23:48:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5069677 | + | EDI: AGFINANCE.COM | Jan 11 2022 23:48:00 | OneMain FI, 6801 Colwell Blvd, Irving, Texas 75039-3198 |
| 5093814 | + | EDI: JEFFERSONCAP.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jan 11 2022 23:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5069679 | + | Email/Text: pasi_bankruptcy@chs.net | Jan 11 2022 18:45:00 | Professional Account Servs, PO Box 188, Brentwood, TN 37024-0188 |
| 5084476 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 11 2022 18:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5093125 | | EDI: AIS.COM | Jan 11 2022 23:48:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5069683 | + | Email/Text: meronem@wmh.org | Jan 11 2022 18:45:00 | Wayne Memorial Hospital, 601 Park Street, Honesdale, Pennsylvania 18431-1498 |
| 5069684 | + | EDI: WFFC.COM | Jan 11 2022 23:48:00 | Wells Fargo Credit Cards, P.O. Box 14517, Des Moines, Iowa 50306-3517 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Hemlock Farms Community Association, c/o John H. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| 5073824 | * | Hemlock Farms Community Association, c/o John H. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| John H. Doran | on behalf of Creditor Hemlock Farms Community Association jdoran@dorananddoran.com mdoran@dorananddoran.com;ldoran@dorananddoran.com |
| Mark E. Moulton | on behalf of Debtor 1 Jason Tompkins markmoulton@moultonslaw.com staff@moultonslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jason Tompkins<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0112<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–02383–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason Tompkins
aka Jason Lee Tompkins

**By the court:**

1/11/22

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**